**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                 Case No. **6:15-04479-KSJ**

**Jeff Brannon**
**Briggett Brannon**

                        Debtor(s).
_____/

### NOTICE OF TERMINATION OF MARKETING AGREEMENT WITH AUCTION.COM, LLC EFFECTIVE AS OF APRIL 19, 2017

    Marie E. Henkel, Chapter 7 Trustee of the above estate, by and through her undersigned counsel, hereby gives notice of termination of employment of Auction.com, LLC effective April 19, 2017.

                                                 */s/ Kristen L. Henkel*
                                                 Kristen L. Henkel, Esq.
                                                 Florida Bar No. 81858
                                                 M. E. Henkel, P.A.
                                                 3560 South Magnolia Avenue
                                                 Orlando, Florida 32806
                                                 Telephone : (407) 438-6738
                                                 Facsimile  : (407) 858-9466
                                                 khenkel@mehenkel.com